UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAVEENDRAN NARAYANAN,

            Plaintiffs,

- against -

MERRICK B. GARLAND,

            Defendants.

22-cv-855 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for all defendants to move or answer is extended to June 13, 2022. The plaintiff may respond by July 8, 2022. The defendants may reply by July 22, 2022.

    The reference of this case to Magistrate Judge Gorenstein is withdrawn.

    The Clerk is directed to mail a copy of this Order to the plaintiff and to note service on the docket.

SO ORDERED.

Dated:    New York, New York
            May 23, 2022

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                    United States District Judge