```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------

RAVEENDRAN NARAYANAN,
                        Plaintiff,              22-cv-855 (JGK)

        - against -                             ORDER

MERRICK B. GARLAND ET AL.,
                        Defendants.
------------------------------------

**JOHN G. KOELTL, District Judge:**

Because defendants Merrick Garland, United States Attorney General, and Kilolo Kijakazi, Acting Commissioner of Social Security, moved on June 27, 2022 to dismiss the complaint or for a transfer of venue, see ECF Nos. 43-45, the plaintiff's time to respond to all of the motions filed by these and other defendants, see ECF Nos. 33, 37, is extended to **July 19, 2022**. The defendants' time to reply is extended to **August 3, 2022**. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service in the docket.

SO ORDERED.
Dated:    New York, New York
          June 29, 2022

                                    /s/ John G. Koeltl
                                    _____
                                    John G. Koeltl
                                    United States District Judge