UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

RAVEENDRAN NARAYANAN,

                Plaintiff,

    - against -

MERRICK B. GARLAND ET AL.,

                Defendants.

---

22-cv-855 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants have filed several motions in this case. ECF Nos. 33, 37, 43. The Court allowed the plaintiff until July 19, 2022 to respond to these motions. ECF No. 48. On July 18, 2022, the plaintiff made a filing captioned "Motion for Summary Judgment." ECF No. 49.

    The filing is construed as both a new motion and a response to the defendants' motions. The defendants may file a response to the Motion for Summary Judgment and reply in further support of the defendants' respective motions by **August 10, 2022**. The plaintiff may reply two weeks after receiving the response.

SO ORDERED.
Dated:    New York, New York
           July 21, 2022

                                        _____
                                        John G. Koeltl
                                        United States District Judge