```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RAVEENDRAN NARAYANAN,

                Plaintiff,

    - against –

MERRICK B. GARLAND, et al.

                Defendant.

22-cv-855 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The defendants should provide the court with courtesy copies of all fully briefed motions.

**SO ORDERED.**

Dated:    New York, New York
            September 1, 2022

                                       /s/ John G. Koeltl
                                           John G. Koeltl
                                 United States District Judge